# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WESLEY C. McLEOD, JR.** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:09CV226-LG-RHW** |
| | § | |
| **JACKIE PARKER, Warden** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [15] of United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendations [15] of Magistrate Judge Robert H. Walker, be, and the same hereby are, adopted as the findings of this Court. This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE